**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

IN RE:                                                :                    ORDER

                                                      :            03 MDL 1570 (GBD) (SN)
TERRORIST ATTACKS ON                                  :
SEPTEMBER 11, 2001                                    :

                                                      :

------------------------------------x

This document relates to:

*All actions*

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss

(ECF No. 9362[1]) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is

scheduled for July 10, 2024 at 9:45 a.m.


Dated:   May 30, 2024
         New York, New York

                                                      SO ORDERED.

                                                      *George B. Daniels*
                                                      GEORGE B. DANIELS
                                                      United States District Judge

---

[1] All ECF citations included herein refer to documents filed on the 9/11 multidistrict litigation docket.
*See In re Terrorist Attacks on Sept. 11, 2001*, No. 03-md-1570 (GBD) (SN).